```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-8 Erie |
| | ) |
| MICHAEL KOSTENIUK | ) |

**ORDER OF COURT**

AND NOW, to-wit, this ____ day of October, 2005, upon consideration of the within Motion for Extension of Time to File Pretrial Motions, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted;

IT IS FURTHER ORDERED that the extended time period within which defendant may file pretrial motions shall be excluded under Title 18 U.S.C. §3161(h)(8)(A), since the court finds that the additional period is necessary to for defendant's expert to view the computer hard drive and issue his findings, before counsel for the defendant is able to adequately investigate and prepare pretrial motions.

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 16 are due on **January 30, 2006.**

```
                          _____
                          SEAN J. McLAUGHLIN
                          United States District Judge
```

cc:  Thomas W. Patton, AFPD
     Christian A. Trabold, AUSA