IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-8 Erie |
| | ) |
| MICHAEL KOSTENIUK | ) |

**ORDER OF COURT**

AND NOW, to-wit, this ____ day of _____, 2005, upon consideration of the within Motion for to Continue Trial, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted;

IT IS FURTHER ORDERED that the extended time period shall be excluded under Title 18 U.S.C. §3161(h)(8)(A), since the court finds that the additional period is necessary to for defendant's expert to view the computer hard drive and issue his findings, before counsel for the defendant is able to adequately investigate and prepare for trial.

IT IS FURTHER ORDERED that this case is rescheduled for the trial term beginning **March 13, 2006.**

_____
SEAN J. McLAUGHLIN
United States District Judge

cc: Thomas W. Patton, AFPD
    Christian A. Trabold, AUSA