```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
        v.                    ) Criminal No. 05-8 Erie
                              )
MICHAEL KOSTENIUK             )
```

## ORDER OF COURT

AND NOW, to-wit, this ____ day of January, 2006, upon consideration of the within Motion for Extension of Time to File Pretrial Motions, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted;

IT IS FURTHER ORDERED that the extended time period within which defendant may file pretrial motions shall be excluded under Title 18 U.S.C. §3161(h)(8)(A), since the court finds that the additional period is necessary for the parties to negotiate a settlement of this matter.

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 16 are due on **March 1, 2006.**

```
                          _____
                          SEAN J. McLAUGHLIN
                          United States District Judge
```