# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
_____ )
                Plaintiff )
                          )
        vs.               ) No. CR 05-8 Erie
                          )
Michael Kosteniuk         )
_____ )
                Defendant )

## HEARING ON Change of Plea

Held on Friday, March

Before Judge Sean J. McLaughlin

Christian Trabold _____    Thomas Patton
_____    _____
    Appear for Plaintiff              Appear for Defendant

Hearing begun 10:01 am        Hearing adjourned to 10:19 am

Hearing concluded C.A.V. _____    Stenographer Ron Bench

                                    Clerk N. Kierzel

### WITNESSES:

For Plaintiff                   For Defendant
_____    _____

Λ Sworn _____    _____
Λ Pleads Guilty to Counts 1 and 2

_____    _____

_____    _____

Sentencing scheduled for 6-14-06 @ 10:00 am