IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CRIMINAL NO. 05-08 ERIE |
| ) | |
| MICHAEL KOSTENIUK, ) | |
| Defendant. ) | |

## PLEA

AND NOW, the defendant, **MICHAEL KOSTENIUK,** in the above entitled case hereby, withdraws the plea of NOT GUILTY, entered February 15, 2005, and now pleads GUILTY to Count(s) One (1) and Two (2) in open Court this 10th day of March, 2006

_____
Michael Kosteniuk, Defendant

_____
Thomas W. Patton, Attorney