IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America           )
                                   )
       vs.                         )      Criminal Number 05-8E
                                   )
MICHAEL KOSTENIUK                  )

The above named defendant satisfied the judgment of JUNE 14, 2006 by paying on JANUARY 11, 2007 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  2/9/07
Deputy Clerk                Date