UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 06-3178

———————

UNITED STATES OF AMERICA

v.

MICHAEL KOSTENIUK,
                    Appellant

———————

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Crim. No. 05-cr-00008E)
District Judge: The Honorable Sean J. McLaughlin

———————

Submitted Under Third Circuit LAR 34.1(a)
September 25, 2007

———————

Before: McKEE, BARRY, and FISHER, <u>Circuit Judges</u>

———————

JUDGMENT

———————

This cause came to be heard on the record from the United States District Court for

the Western District of Pennsylvania and was submitted on September 25, 2007.

After consideration of all the contentions raised, it is

ADJUDGED and ORDERED that the judgment of District Court is affirmed

except that the special condition of supervised release relating to the possession of

pornography is vacated and remanded for resentencing consistent with this Opinion.  All

in accordance with the Opinion of the Court.

ATTEST:

/s/ Marcia M. Waldron
Marcia M. Waldron, Clerk

Dated:        October 9, 2007

Certified as a true copy and issued in lieu
of a formal mandate on October 31, 2007.

Teste: *Marcia M. Waldron*

Clerk, United States Court of Appeals
for the Third Circuit

2