OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4915

www.ca3.uscourts.gov

October 31, 2007

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room A-150
Erie, PA  16501


RE: Docket No. 06-3178
    USA  vs. Kosteniuk
    No. 05-cr-00008E


Dear Mr. Barth:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.


                                        Very truly yours,
                                        MARCIA M. WALDRON
                                        Clerk

                              By:  LaToya W. Corprew
                                   Case Manager

Enclosure

cc:
    Karen S. Gerlach, Esq.
    Robert L. Eberhardt, Esq.