IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-08 Erie |
| | ) | |
| MICHAEL KOSTENIUK | ) | |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Michael Kosteniuk, 20324-068, Year of Birth: 1966, Caucasian, Male.

2. Detained by: FCI Elkton, 8730 Scroggs Road, Elkton, Ohio 44415.

3. Detainee has been sentenced in this district for violation of Title 18, United States Code, Section 2252(a)(2), and is presently in federal custody at FCI Elkton, Elkton, Ohio.

4. The above case is set for a resentencing at Erie, Pennsylvania on January 3, 2008, at 11:00 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

5. The Warden of FCI Elkton, Elkton, Ohio has no objection to the granting of this petition.

s/Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013


ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.


_____          _____
DATE                            UNITED STATES DISTRICT JUDGE


cc: United States Attorney