IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-8 Erie |
| | ) |
| MICHAEL KOSTENIUK | ) |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of November, 2007, upon consideration of the within Motion to Vacate Writ of Habeas Corpus ad Prosequendum, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted and the writ is vacated.

_____
SEAN J. McLAUGHLIN
United States District Judge