IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-8 Erie |
| | ) |
| MICHAEL KOSTENIUK | ) |

## WAIVER

I have been advised of my right to be present at my resentencing scheduled for January 3, 2008 at 11:00 a.m. After discussing the matter with my attorney, I hereby knowingly, intelligently, and voluntarily waive my right to be present at my resentencing.

_____
Michael Kosteniuk