IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-8 Erie |
| | ) |
| MICHAEL KOSTENIUK | ) |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of November, 2007, upon consideration of the within Motion to be Resentenced In Absentia, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted and the defendant will be resentenced in absentia.

_____
SEAN J. McLAUGHLIN
United States District Judge