IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| V. ) | Criminal No. 05-8 Erie |
| MICHAEL KOSTENIUK, ) | |
| Defendants. ) | |

## AMENDED JUDGMENT

AND NOW, this 10th day of January, 2008,

IT IS HEREBY ORDERED that the original Judgment entered on June 15, 2006 is amended as follows:

Condition Number five (5) of the Defendant's Supervised Release is eliminated

IT IS FURTHER ORDERED that all other aspects of the original judgment remain in full force and affect.

S/Sean J. McLaughlin<br>
Sean J. McLaughlin<br>
United States District Judge

cc: all parties of record.nmk
    Probation/Pretrial
    BOP